IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

GREGORY T. GREENWOOD                                              PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 2:09cv94-KS-MTP

JOHNNIE DENMARK, ET AL.                                          DEFENDANTS

## ORDER DIRECTING RESPONSE TO MOTIONS

THIS MATTER is before the upon a Motion for Preliminary Injunction [3], Motion for Temporary Restraining Order [7] and Supplemental Motion for Temporary Restraining Order [9] filed by Plaintiff. To date, Defendants have not responded to the motions.[1]

In his motions, Plaintiff, who is currently incarcerated at South Mississippi Correctional Institution in Leakesville, Mississippi (SMCI), claims that he has been threatened and was recently assaulted by various prison officials at SMCI in retaliation for utilizing the administrative remedy process.[2] Plaintiff also claims that one or more of the Defendants has threatened and/or assaulted other inmates at SMCI. Plaintiff avers that he fears for his safety at SMCI and seeks certain injunctive relief as set forth in his motions, including that he be transferred from SMCI to another institution.

In light of the allegations made by Plaintiff in the motions, the court desires the Defendants to respond. Accordingly,

---

[1] The motions were filed on May 15, 2009, June 5, 2009 and June 25, 2009, respectively. Defendants Ronald King, Unknown Warden Errington, Officer Paul Sharp and Joshua Csaszar were not served with process until July 20, 2009. *See* [16]. These Defendants all answered the complaint on August 10, 2009. *See* [17]. Defendant "Unknown Area II Tower Officer" has not yet been served with process.

[2] Apparently, Plaintiff had filed a grievance regarding his placement in long-term segregation. *See* ecf. doc. no. 1-2 at 10.

IT IS, THEREFORE, ORDERED that the Defendants currently before the court shall file a response to Plaintiff's Motion for Preliminary Injunction [3], Motion for Temporary Restraining Order [7] and Supplemental Motion for Temporary Restraining Order [9] by September 4, 2009.

SO ORDERED on this the 20th day of August, 2009.

s/ Michael T. Parker<br>
United States Magistrate Judge