IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

GREGORY T. GREENWOOD                                          PLAINTIFF

VERSUS                                     CIVIL ACTION NO. 2:09cv94-KS-MTP

JOHNNIE DENMARK, ET AL.                                   DEFENDANTS

**<u>ORDER</u>**

THIS MATTER is before the upon a motion [36] to compel documents for omnibus hearing and a motion [37] for issuance of subpoena for witnesses for omnibus hearing, filed by Plaintiff. In these motions, Plaintiff seeks an order compelling Defendants to produce certain documents at the omnibus hearing scheduled for October 6, 2009, as well as subpoenas for various witnesses to attend the hearing.

Plaintiff's motions are premature. In the Order [23] Setting Omnibus Hearing, the court directed the parties to "be prepared to discuss and identify any and all discovery requests or issues at the hearing." At the hearing, the court will review the parties' discovery requests and determine the appropriate scope of discovery. At the omnibus hearing, the court will also hear arguments on Plaintiff's Motion [3] for Preliminary Injunction. *Se*e [29 ] (Notice of Hearing). Should the court determine that any additional documents or testimony are necessary regarding Plaintiff's Motion for Preliminary Injunction, the court will address that issue at that time.

IT IS, THEREFORE, ORDERED that Plaintiff's motion [36] to compel documents and motion [37] for issuance of subpoena are denied.

SO ORDERED on this the 25th day of September, 2009.

                                                  s/ Michael T. Parker
                                                  United States Magistrate Judge