IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

GREGORY T. GREENWOOD                                                             PLAINTIFF

v.                                                             CIVIL ACTION NO. 2:09cv94-KS-MTP

RONALD KING, et al.                                                     DEFENDANTS

## ORDER DENYING MOTION TO COMPEL

THIS MATTER is before the court on a Motion to Compel [55] filed by Plaintiff. In his motion, Plaintiff seeks the production of MDOC policies relating to the use of force, protection from harm, and security threat group. In an Omnibus Order [43] dated October 8, 2009, the court ordered that Defendants produce these policies to Plaintiff within thirty days.[1] Subsequent to the filing of Plaintiff's motion, Defendants produced to Plaintiff a copy of the Protection from Harm policy. However, they have not produced the other two policies, as they contend they are restricted for security reasons. *See* Response [55].

At this juncture, the court finds it appropriate to deny Plaintiff's motion and to direct Defendants to submit the withheld policies to the court for an *in camera* review. If, upon review, the court finds it appropriate to revisit this ruling, it shall do so by separate order.

IT IS ORDERED that Plaintiff's Motion to Compel [55] is denied.

IT IS FURTHER ORDERED that Defendants shall submit the withheld policies to the court, within five (5) days, for an *in camera* review.

SO ORDERED and ADJUDGED this the 4th day of November, 2009.

                                                         s/ Michael T. Parker
                                                         United States Magistrate Judge

---

[1] This thirty-day period has not yet expired.